**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

BROWARD BULLDOG, INC. and
DAN CHRISTENSEN,

Plaintiffs,

v. Case No. 16-61289-CIV-ALTONAGA

U.S. DEPARTMENT OF JUSTICE
and FEDERAL BUREAU OF
INVESTIGATION,

Defendants.
_______________________________/

**DEFENDANTS' NOTICE OF *EX PARTE* SUBMISSIONS TO CHAMBERS**

Defendants, United States Department of Justice and its component, the Federal Bureau of Investigation, hereby give notice of the submission on this date of the following items, in the manner provided, for the Court's *in camera* review:

(1) The UNCLASSIFIED *Vaughn* Index of records at issue under Count I of Plaintiffs' Complaint. The *Vaughn* index includes unredacted copies of the unclassified records at issue under Count I of Plaintiffs' Complaint. This index contains no classified material and is will be delivered directly Chambers;

(2) The CLASSIFIED *Ex Parte* Declaration of David M. Hardy. This declaration concerns the classified portions of the records at issue under Count I of Plaintiffs' Complaint. The declaration is being submitted through the Clerk of the Court; and

(3) The CLASSIFIED records at issue under Count I of Plaintiffs' Complaint. The records are being submitted through the Clerk of the Court.

Dated: March 15, 2017
Miami, Florida

Respectfully submitted,

WIFREDO A. FERRER
UNITED STATES ATTORNEY

By: /s/ Carlos Raurell
Carlos Raurell
Assistant United States Attorney
Florida Bar No. 529893
Carlos.Raurell@usdoj.gov

United States Attorney's Office
99 NE 4th Avenue, Suite 300
Miami, Florida 33132
Telephone: (305) 961-9243
Facsimile: (305) 530-7139
Attorneys for the Defendants

**CERTIFICATE OF SERVICE**

I hereby certify that on March 15, 2017, I filed the foregoing Notice with the Clerk of the Court, using the CM/ECF system.

/s/ Carlos Raurell
CARLOS RAURELL
Assistant United States Attorney